[Lucas Circuit Court, February 16, 1895.]                    2 Dec.
                                                              703

ABRAM K., AND GEORGE DETWILER, PARTNERS, v. EDITH E. GATES,
EXRX., ET AL.

For opinion in this case, see 7 Ohio Circ. Dec., 543.